UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>10-20763-CR-LENARD(s)</u>
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**Sealed**

HENRY De JESUS LOPEZ LONDOÑO,
 a/k/a "Mi Sangre,"
 a/k/a "Salvador,"
 a/k/a "Carlos Mario,"
 a/k/a "Brother,"
 a/k/a "Krackin,"
 a/k/a "Federico,"
JHON FERNANDO GIRALDO USUGA,
 a/k/a "Simon,"
 a/k/a "Revenlino,"
ARLEY USUGA TORRES,
 a/k/a "07,"
 a/k/a "Siete,"
 a/k/a "Samuel,"
JOSE CARLOS LONDOÑO ROBLEDO,
 a/k/a "Tito,"
 a/k/a "Wolverine,"
CARLOS ANTONIO MORENO TUBERQUIA,
 a/k/a "Nicholas,"
EDISON GOMEZ MOLINA,
 a/k/a "El Doctor,"
 and
JUAN DIEGO GIRALDO USUGA,
 a/k/a "Menor,"
 a/k/a "Camilo,"

  Defendants.

_____/



FILED by _____ D.C.

FEB 1 0 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

<u>SUPERSEDING INDICTMENT</u>

The Grand Jury charges that:

Beginning in or about at least October 2006, the exact date being unknown to the Grand Jury, and continuing until the date of this Superseding Indictment, in the country of Colombia, South America and elsewhere, the defendants,

**HENRY De JESUS LOPEZ LONDOÑO,**
a/k/a "Mi Sangre,"
a/k/a "Salvador,"
a/k/a "Carlos Mario,"
a/k/a "Brother,"
a/k/a "Krackin,"
a/k/a "Federico,"
**JHON FERNANDO GIRALDO USUGA,**
a/k/a "Simon,"
a/k/a "Revenlino,"
**ARLEY USUGA TORRES,**
a/k/a "07,"
a/k/a "Siete,"
a/k/a "Samuel,"
**JOSE CARLOS LONDOÑO ROBLEDO,**
a/k/a "Tito,"
a/k/a "Wolverine,"
**CARLOS ANTONIO MORENO TUBERQUIA,**
a/k/a "Nicholas,"
**EDISON GOMEZ MOLINA,**
a/k/a "El Doctor,"
and
**JUAN DIEGO GIRALDO USUGA,**
a/k/a "Menor,"
a/k/a "Camilo,"

did knowingly and intentionally combine, conspire, confederate, and agree with persons, known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, intending that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(1); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE

a.      The allegations of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

b.      Upon conviction of the violation alleged in this Superseding Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

HENRY De JESUS LOPEZ LONDOÑO, et al.,

    Defendants.

_____/

CASE NO. ___10-20763-CR-LENARD(s)___

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)    Yes __X__    No _____

Number of New Defendants    __6__

Total number of counts    __1__

Court Division: (Select One)

| | | | |
|---|---|---|---|
| **X** | Miami | ____ | Key West |
| ____ | FTL | ____ WPB | ____ FTP |

I do hereby certify that:

1.     I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.     I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.     Interpreter:    (Yes or No)    **YES**
    List language and/or dialect    **SPANISH**

4.     This case will take    __10__    days for the parties to try.

5.     Please check appropriate category and type of offense listed below:

    (Check only one)            (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ | |
| II | 6 to 10 days | X | Minor | _____ | |
| III | 11 to 20 days | _____ | Misdem. | _____ | |
| IV | 21 to 60 days | _____ | Felony | X | |
| V | 61 days and over | _____ | | | |

6.     Has this case been previously filed in this District Court? (Yes or No)    **YES**

If yes:
Judge:  __Lenard__        Case No.    __10-20763-CR__
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    **NO**
If yes:
Magistrate Case No.    _____
Related Miscellaneous numbers:    _____
Defendant(s) in federal custody as of    _____
Defendant(s) in state custody as of    _____
Rule 20 from the    _____    District of    _____

Is this a potential death penalty case? (Yes or No)  **NO**

7.     Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

8.     Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **HENRY De JESUS LOPEZ LONDOÑO,**
**a/k/a "Mi Sangre," a/k/a "Salvador," a/k/a "Carlos Mario," a/k/a**
**"Brother," a/k/a "Krackin," a/k/a "Federico"**

**Case No:**  10-20763-CR-LENARD(s)

Count #: 1

  Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be

  unlawfully imported into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty:**       Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **JHON FERNANDO GIRALDO USUGA,**
**a/k/a "Simon," a/k/a "Revenlino"**

Case No: __10-20763-CR-LENARD(s)__

Count #: 1

__Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be__

__unlawfully imported into the United States__

__Title 21, United States Code, Section 963__

**\* Max.Penalty**:        Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **ARLEY USUGA TORRES,**
**a/k/a "07," a/k/a "Siete," a/k/a "Samuel"**

**Case No**:  10-20763-CR-LENARD(s)

Count  #: 1

   Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be

   unlawfully imported into the United States

   Title 21, United States Code, Section 963

**\* Max.Penalty**:       Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **JOSE CARLOS LONDOÑO ROBLEDO,**
**a/k/a "Tito," a/k/a "Wolverine"**

**Case No**:  10-20763-CR-LENARD(s)

Count  #: 1

   Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be

   unlawfully imported into the United States

   Title 21, United States Code, Section 963

**\* Max.Penalty**:        Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **CARLOS ANTONIO MORENO TUBERQUIA,**
       **a/k/a "Nicholas"**

Case No:   10-20763-CR-LENARD(s)

Count #: 1

  Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be

  unlawfully imported into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **EDISON GOMEZ MOLINA,**
                    **a/k/a "El Doctor"**

**Case No:**  10-20763-CR-LENARD(s)

Count  #: 1

   Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be

   unlawfully imported into the United States

   Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **JUAN DIEGO GIRALDO USUGA,**
**a/k/a "Menor," a/k/a "Camilo"**

Case No:  10-20763-CR-LENARD(s)

Count  #: 1

Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be

unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:        Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**