# MINUTE ORDER

Page 5

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 3/28/2022    Time: 1:30 p.m.

Defendant: CARLOS A. MORENO TUBERQUIA   J#: 02752-506   Case #: 10-CR-20763-LENARD (s)(s)

AUSA: Michael Thakur     Attorney: HUMBERTO DOMINGUEZ (PERM) ✓

Violation: CONSPIRACY TO DISTRIBUTE COCAINE INTENDING THAT IT WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES    Surr/Arrest Date: 3/25/2022   YOB: 1977

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: Stip PTD w/ right to revisit    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
- Deft advised of rights
- Brady given
- Mr. Dominguez filed perm app
- Deft consents to app by video
- Stip to PTD
- Deft arraigned

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

- All further matters before Judge Lenard

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:01:55 / 14:45:31     Time in Court: 5 mins

s/Jacqueline Becerra     Magistrate Judge